463 A.2d 25

Commonwealth v. Hoffman, Jr., Appellant.

Submitted January 12, 1983. Eugene J. Julian, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., POPOVICH and VAN der VOORT, JJ.

The order of the lower court is affirmed.

POPOVICH, J., filed a memorandum dissenting statement.